**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1813**

CATHY M. SPRIGGS,

              Plaintiff - Appellant,

     v.

SENIOR SERVICES OF SOUTHEASTERN VIRGINIA (SSSEVA),

              Defendant - Appellee,
    and

JOHN SKIRVEN, Chief Executive Officer (CEO),

              Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  F. Bradford Stillman, Magistrate Judge. (2:11-cv-00182-FBS)

Submitted: November 20, 2012      Decided: November 26, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cathy M. Spriggs, Appellant Pro Se.  Sarah E. Moffett, LECLAIR RYAN, PC., Alexandria, Virginia; Kelvin LaVel Newsome, LECLAIR RYAN, PC., Norfolk, Virginia; Joseph Michael Rainsbury, LECLAIR RYAN, PC., Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cathy M. Spriggs appeals the magistrate judge's order denying relief on her employment discrimination complaint filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2012).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Spriggs v. Senior Servs. of Se. Va., No. 2:11-cv-00182-FBS (E.D. Va. May 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to proceeding before a magistrate judge pursuant to 28 U.S.C. § 636 (2006).

2